## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 09-20178-TLM |
| STERLING MINING COMPANY, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor in Possession. ) | |
| _____ ) | |

### NOTICE OF AMENDMENT TO MEMORANDUM OF DECISION ON MOTION FOR RECONSIDERATION
_____

On June 18, 2009, this Court entered a memorandum of decision regarding a motion for reconsideration. *See* Doc. No. 205. That decision is amended to correct an error in the following sentence, which appeared on page 4, footnote 6:

> Under Fed. R. Bankr. P. 9006(a), parties *must* count intervening Saturdays, Sundays, and legal holidays if the "period of time allowed or proscribed is less than 8 days . . . ."

(emphasis added).

The amended decision substitutes the words "do not" for the word "must."

The corrected sentence thus reads as follows:

> Under Fed. R. Bankr. P. 9006(a), parties do not count intervening Saturdays, Sundays, and legal holidays if the "period of time allowed or proscribed is less than 8 days . . . ."

NOTICE OF AMENDMENT - 1

DATED: June 18, 2009



*Terry L. Myers*

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

NOTICE OF AMENDMENT - 2