Ford Elsaesser, ISB#2205
Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
MARKS ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
1400 Northwood Center Court
Coeur d'Alene, ID  83814
Tel:    (208) 667-2900
Fax:    (208) 667-2150

Attorney for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In Re: | Case No. 09-20178-TLM |
|---|---|
| STERLING MINING COMPANY, | WITHDRAWAL OF NOTICE OF HEARING ON CONFIRMATION OF PLAN OF REORGANIZATION |
| Debtor-in-Possession | |

Comes now Sterling Mining Company, by and through its undersigned counsel Bruce A. Anderson of Elsaesser Jarzabek Anderson Marks Elliott & MacDonald, Chtd., and withdraws its previously filed Notice of Hearing on Confirmation of Plan of Reorganization [Docket #467].

Please take note that Sterling Mining Company still wishes to tentatively reserve the hearing date of February 2, 2010, at the hour of 9:30 a.m., Pacific Time, or as soon thereafter as the parties may be heard, for its hearing on confirmation of the Plan of Reorganization.

Dated this 22st day of December, 2009.

ELSAESSER JARZABEK ANDERSON
MARKS & ELLIOTT, CHTD.

 /s/ Bruce A. Anderson
Bruce A. Anderson
Attorney Sterling Mining Company

WITHDRAWAL OF NOTICE OF
HEARING ON CONFIRMATION OF
PLAN OF REORGANIZATION            -1-