Ford Elsaesser, ISB#2205
Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
MARKS ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
1400 Northwood Center Court
Coeur d'Alene, ID  83814
Tel:    (208) 667-2900
Fax:   (208) 667-2150

Attorney for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In Re: | Case No. 09-20178-TLM |
|---|---|
| STERLING MINING COMPANY, | MOTION TO EXTEND DATE FOR CONFIRMATION OF PLAN OF REORGANIZATION |
| Debtor-in-Possession | |

COMES NOW Debtor-in-Possession, Sterling Mining Company ("Debtor"), by and through its undersigned counsel Bruce A. Anderson of Elsaesser Jarzabek Anderson Marks Elliott & Macdonald, Chtd., and pursuant to 11 U.S.C. § 1121(d)(1), moves the court for an extension of the period set forth in 11 U.S.C. § 1121(c)(3) for the Debtor to obtain acceptance of the plan to no later than May 31, 2010.  In support of this Motion, Debtor relies upon the Memorandum in Support filed herewith and the Court's records and files.

Dated this 7th day of January, 2010.

ELSAESSER JARZABEK ANDERSON
MARKS ELLIOTT & MACDONALD,
CHTD.

Bruce A. Anderson
Attorneys for Debtor-in-Possession Sterling
Mining Company

MOTION TO EXTEND DATE
FOR CONFIRMATION OF PLAN
OF REORGANIZATION                              -1-