IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICE OF IDAHO

| In Re: | Case No. 09-20178-TLM |
|---|---|
| STERLING MINING COMPANY, | ORDER EXTENDING EXCLUSIVITY PERIOD |
| Debtor-in-Possession | |

This matter, having come before the court on the 2nd day of February, 2010, on Debtor-in-Possessions Motion to Extend Date for Confirmation of Plan of Reorganization [Docket #481], and after notice and hearing, and the objection of Sunshine Precious Metals, Inc., having been overruled, and the Court having found good cause being shown,

IT IS HEREBY ORDERED that Debtor-in-Possession's Motion to Extend Date for Confirmation of Plan of Reorganization is granted, and the time for the Debtor-in-Possession to obtain acceptance of the plan is hereby extended until June 4, 2010.

//end of text//

DATED: February 8, 2010



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

PRESENTED BY:
    ELSAESSER JARZABEK ANDERSON MARKS ELLIOTT & MACDONALD,    CHTD.
        /s/ Bruce A. Anderson, ISB #3392, Attorney for Debtor-In-Possession