Ford Elsaesser, ISB#2205
Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
MARKS ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
1400 Northwood Center Court
Coeur d'Alene, ID  83814
Tel:    (208) 667-2900
Fax:    (208) 667-2150

Attorney for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In Re: | Case No. 09-20178-TLM |
|---|---|
| STERLING MINING COMPANY, | MOTION FOR ORDER SHORTENING TIME |
| Debtor-in-Possession | |

COMES NOW Sterling Mining Company ("Debtor"), by and through its undersigned counsel Bruce A. Anderson of Elsaesser Jarzabek Anderson Marks Elliott & Macdonald, Chtd., and moves this Court for entry of an order shortening the time of notice to present Debtor's Second Supplemental Motion for Approval of Post-Petition Financing [Docket #508] in the above entitled matter, as time is of the essence in that Debtor seeks additional financing to pay off the Coeur d'Alene Tribe ("Tribe")/United States Environmental Protection Agency ("USEPA") penalty and additional operating expenses.  Debtor had previously secured financing which would carry Debtor through February 15, 2010.  Debtor anticipated moving for confirmation on February 2, 2010.  Litigation with the Tribe and USEPA has caused delays in the confirmation process which now is anticipated to occur on April 6, 2010.  These delays, and

MOTION FOR ORDER SHOTENING TIME -1-

the basis for settlement with the Tribe/USEPA, require this matter be heard as soon as possible so that Debtor can continue going forward towards confirmation.

WHEREFORE, IT IS PRAYED that the Court issue an order shortening time for notice of hearing on the Second Supplemental Motion for Approval of Post-Petition Financing, and order that the Motion be heard on Tuesday, March 2, 2010, at 9:30 a.m., Pacific Time, at the U.S. Bankruptcy Court, 6450 N. Mineral Drive, Coeur d'Alene, Idaho, or as soon thereafter as counsel may be heard.

DATED this 16th day of February, 2010.

ELSAESSER JARZABEK ANDERSON
MARKS ELLIOTT & MACDONALD,
CHTD.


/s/ Bruce A. Anderson
Bruce A. Anderson
Attorney Sterling Mining Company

MOTION FOR ORDER SHOTENING TIME -2-