UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>STERLING MINING COMPANY,<br><br>Debtor-in-Possession. | Case No. 09-20178-TLM<br>Chapter 11 |

**ORDER APPROVING REVISED SECOND AMENDED DISCLOSURE STATEMENT AND ADDENDUM TO DISCLOSURE STATEMENT, AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF**

A Disclosure Statement [Docket #445, filed 12/2/2009], an Amended Disclosure Statement [Docket #476, filed 1/4/2010], a Second Amended Disclosure Statement [Docket #487, filed 1/19/2010], a Revised Second Amended Disclosure Statement [Docket #490, filed 1/22/2010], and Addendum to Disclosure Statement [Docket #507, filed 2/12/2010] having been filed by Sterling Mining Company, referring to a Plan of Reorganization [Docket #446, filed 12/2/2009] filed by Sterling Mining Company under chapter 11 of the Code; and

It having been determined after hearing on notice that the Revised Second Amended Disclosure Statement and Addendum to Disclosure Statement contain adequate information:

IT IS ORDERED, and notice is hereby given, that:

A. The Revised Second Amended Disclosure Statement and Addendum to Disclosure Statement filed by Sterling Mining Company, dated January 22, 2010 and February 12, 2010 respectively, are approved.

B. March 23, 2010, is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

C. No later than March 5, 2010, the Plan of Reorganization, with changes consistent with the Revised Second Amended Disclosure Statement and Addendum to Disclosure Statement thereof approved by the court, the Revised Second Amended Disclosure Statement and Addendum to Disclosure Statement, and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee, as provided in Fed. R. Bankr. P. 3017(d).

D. April 6, 2010, is fixed for the hearing on confirmation of the plan.

E. March 23, 2010 is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the plan.

//end of text//

DATED: February 24, 2010



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

PRESENTED BY:
ELSAESSER JARZABEK ANDERSON MARKS ELLIOTT & MACDONALD, CHTD.
/s/ Bruce A. Anderson, ISB #3392, Attorneys for Debtor-In-Possession