UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In Re: | Case No. 09-20178-TLM |
|---|---|
| STERLING MINING COMPANY, | ORDER ON MOTION FOR ORDER SHORTENING TIME |
| Debtor-in-Possession | |

The Debtor-in-Possession, Sterling Mining Company ("Debtor"), having filed a Motion for Order Shortening Time [Docket #509] with regard to Sterling's Second Supplemental Motion for Approval of Post-Petition Financing [Docket #508], no objections having been noted, and for good cause shown,

IT IS HEREBY ORDERED that Sterling's Motion for Order Shortening Time is granted.

//end of text//

DATED: March 3, 2010

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

PRESENTED BY:
ELSAESSER JARZABEK ANDERSON MARKS & ELLIOTT, CHTD.
/s/ Bruce A. Anderson, ISB #3392, Attorneys for Debtor-In-Possession