Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
MARKS ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
1400 Northwood Center Court
Coeur d'Alene, ID 83814
Tel:   (208) 667-2900
Fax:   (208) 667-2150

Attorney for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In Re: | Case No. 09-20178-TLM |
|---|---|
| STERLING MINING COMPANY, | |
| Debtor-in-Possession | |

MOTION FOR APPROVAL OF COMPROMISE

COMES NOW Debtor-in-Possession, Sterling Mining Company ("Debtor"), by and through its undersigned counsel Bruce A. Anderson of Elsaesser Jarzabek Anderson Marks Elliott & Macdonald, Chtd., and moves this honorable Court pursuant to F.R.B.P. 2002(a)(3) and 9019(a) for an order approving the following proposed settlement reached with The United States Environmental Protection Agency ("USEPA"), and the Coeur d'Alene Tribe ("Tribe"). In support thereof Debtor states as follows:

(a)   Settlement and Compromise. Pursuant to the Partial Consent Decree at Case No. 91-0342-N-EJL and 96-0122-N-EJL, Debtor, by virtue of its lease with Sunshine Precious Metals, Inc. ("Sunshine"), dated June 2003, is responsible to pay net smelter royalties to the USEPA and the Tribe.

Debtor failed to pay royalties for the years 2008 and 2009 and, pursuant to the Partial Consent Decree, penalties for such nonpayment at a graduated rate could be asserted. The penalties have been estimated to be anywhere from $1.5 million to in excess of $4.0 million.

MOTION FOR APPROVAL OF COMPROMISE -1-

On December 22, 2009, Debtor filed its Motion to Determine Penalty Amount Due EPA/Coeur d'Alene Tribe [Docket #469].

Debtor has worked diligently with the USEPA and Tribe for the purpose of reaching an agreed penalty amount, which would allow the Debtor to go forward with its Plan of Reorganization. Minco Silver Corporation has agreed to finance the penalty amount. Said financing was approved by the Court through its Order on Second Supplemental Motion for Approval of Post-Petition Financing [Docket #525], dated March 5, 2010.

Debtor, USEPA and the Tribe have agreed to a compromise penalty amount of $1.25 million which, given the hazards of litigation and the fact that the penalty amounts were set forth in a stipulated partial consent decree, is deemed fair and reasonable by Debtor. The settlement is set forth in the Settlement Agreement which will be filed as a separate document.

(b)  Authority for Approving Compromise. The Court has authorization to approve the DIP's Compromise pursuant to F.R.B.P. 9019(a).

(c)  Payment of Settlement Funds. Payment is as set forth in the Settlement Agreement, filed as a separate document.

(d)  Best Interests of the Estate. It is believed by Debtor that this settlement is in the best interests of the Chapter 11 bankruptcy estate. It is believed that extended litigation will only expend unnecessary legal fees, with an uncertain result. Further, such litigation will likely delay the Debtor's proposed confirmation hearing date of May 3, 2010, and would only provide additional uncertainly and cost to the reorganization process.

(e)  Objections. Any objections to the Debtor's proposed settlement and compromise shall be filed with the U.S. Bankruptcy Court, United States Bankruptcy Court, 6450 N. Mineral Drive, Coeur d'Alene, Idaho 83815; with copies to counsel.

Wherefore, the Debtor prays for an order approving the settlement as set forth in the attached Settlement Agreement.

**PLEASE TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED.** **You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before the date of the hearing you or your attorney must:

> *If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the time and date of the hearing;*

OR

> *You can attend the scheduled hearing and present your views or support your filed response at that time.*

Respectfully submitted this 11th day of March, 2010.

ELSAESSER JARZABEK ANDERSON
MARKS ELLIOTT & MACDONALD,
CHTD.

_/s/ Bruce A. Anderson_
Bruce A. Anderson
Attorneys for Debtor-in-Possession Sterling
Mining Company

MOTION FOR APPROVAL OF COMPROMISE -3-