Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
MARKS & ELLIOTT, CHTD.
Attorneys at Law
1400 Northwood Center Court
Coeur d'Alene, ID 83814
Tel:    (208) 667-2900
Fax:    (208) 667-2150

Attorney for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>STERLING MINING COMPANY,<br>    Debtor-in-Possession | Case No. 09-20178-TLM |

PROTECTIVE MOTION FOR SALE BY STERLING
UNDER 11 U.S.C. §§ 363(f) and 365(f)

COMES NOW Sterling Mining Company ("Sterling"), by and through undersigned counsel, and moves the Court approve the sale and assignment of all of Sterling's assets pursuant to 11 U.S.C. §§ 363(f) and 365(f).

THIS MOTION IS BEING FILED ON A PROTECTIVE BASIS, TO SUPPLEMENT THE SECOND AMENDED PLAN OF REORGANIZATION, THAT STERLING MAY PRESENT A SALE OF ALL ASSETS OF THE DEBTOR AS AN ALTERNATIVE TO THE SALE OF THE AUTHORIZED BUT UNISSUED COMMON STOCK, WHICH HAS BEEN SET FORTH IN MORE DETAIL IN STERLING'S PLAN. STERLING RESERVES THE RIGHT TO SEEK ORDERS UNDER SECTIONS 363(f) AND 365(f) AUTHORIZING THE

SALE OF STERLING'S ASSETS, AND ASSIGNMENT OF ASSUMED LEASES. READERS ARE ALERTED THAT THIS MOTION SHOULD NOT BE CONSTRUED THAT AGREEMENT HAS BEEN REACHED WITH ANY POTENTIAL BIDDER FOR THE SALE OF STERLING'S ASSETS. THIS MOTION IS FILED FOR PROTECTIVE AND ADDITIONAL NOTICE PURPOSES ONLY.

1. Description of Property Sold:

100% of the assets of Sterling and assignment of assumed executory contracts and unexpired leases (the "Assets") if the highest and best bid received at the auction (the "Auction") is for Sterling's assets, as opposed to 100% of the authorized but unissued stock in Sterling. The bids received by Sterling to date are for stock, but Sterling reserves the right in Section 5.19 of its Second Amended Plan of Reorganization to consider and accept qualified bids for 100% of its assets. Sterling's assets are listed in the Schedules of Assets filed by Sterling on March 18, 2009 [Docket No. 18] and include, without limitation, the following leases: (a) the Mining Lease and Agreement between Sunshine Precious Metals, Inc. and Sterling (the "Sunshine Mining Lease"), the amendment thereto, the Partial Consent Decree with Sunshine Mining and Refining Company and Sunshine Precious Metals, Inc. and the Royalty Deed; (b) the Mining Lease between Rock Creek Mining Company and Sterling; (c) the Mining Lease and Agreement between Chester Mining Company and Sterling; (d) the Agreement between Metropolitan Mines Corporation, Limited and Sterling; and (e) the Mining Lease and Agreement between Mineral Mountain Mining and Milling Company and Sterling; provided, however, that the Assets shall not include the four unpatented mining claims located in Shoshone County that are the subject of the sale motion filed by Sterling on March 11, 2010 [Docket No. 530] if that sale is approved by the Bankruptcy Court and is consummated.

2. Type of Sale:

Auction scheduled for April 21, 2010 at 8:00 a.m. Pacific Time.

3. Terms of Sale:

Consideration in an amount to be determined at the Auction. The current highest and best bid is $12,500,000.00, which is for authorized but unissued stock of Sterling. Any sale and assignment of the assets, if put before the Court, shall be free and clear of liens, claims, encumbrances and other interests and is on an AS IS, WHERE IS BASIS.

4. Time and Place of Sale:

Sterling will close the sale on May 14, 2010, and only after Court approval of this Motion, and confirmation of the Second Amended Plan of Reorganization.

5.  Treatment of Existing Liens:

All existing liens will attach to the proceeds from the sale and shall be paid off pursuant to the terms of the Second Amended Plan of Reorganization.

6.  Value of the Property to be Sold:

The aggregated value of Sterling's current assets as reflected in the balance sheet as of the date of its bankruptcy filing are $11,706,761.94; however, none of the assets were formally appraised. The Assets' value will be determined by a market check through an auction process.

7.  Authority for Conducting the Sale:

The authority is stated under 11 U.S.C. §§ 363(f)(1), (2), (3) and/or (5) and 365(f).

8.  Administrative Costs:

None.

9.  Ownership of Property:

The property is owned by Sterling Mining Company, Debtor-in-Possession herein.

10. Liens that will be removed from the Property:

Any and all liens that are secured by some or all of the Assets, including but not limited to the following, will attach to the proceeds of the sale:

a.  Kootenai County Treasurer – claim in the amount of $108.19, or the amount then due, secured by property of the estate;

b.  Minco Silver Corporation – claim in the amount of $6,417,530.72, or the amount then due, secured by property of the estate except for the Sunshine Mining Lease;

c.  Private Capital Group – claim in the amount of $2,203,328.93, or the amount then due, secured by property of the estate except for the Sunshine Mining Lease; and

d.  Shoshone County Treasurer – claim in the amount of $9,877.68, or the amount then due, secured by property of the estate.

e.  Minco Silver Corporation – claim in the estimated amount of $5,150,000.00, or the amount then due for Debtor-in-Possession financing, secured by all property of the estate including the Sunshine Lease.

PROTECTIVE MOTION FOR
SALE BY STERLING UNDER
11 U.S.C. §§ 363(f) and 365(f)          - 3 -

11. <u>Exhibits Attached to this Motion</u>:

If the highest and best bid at the Auction is for 100% of Sterling's assets, Sterling will file an addendum to this motion within 2 days after the Auction (a) setting forth the names of the successful bidder and any backup bidder, the amounts of the purchase price and any backup bid, and any other relevant terms of the proposed sale and (b) attaching a copy of the purchase and sale agreement with the successful bidder.

In support of this Motion, the Debtor relies upon the Memorandum of Support filed herewith and the Court's records and files.

Dated this 25th day of March, 2010.

        ELSAESSER JARZABEK ANDERSON MARKS
        ELLIOTT & MACDONALD, CHTD.

        /s/ Bruce Anderson
        Bruce A. Anderson, Attorney for Sterling
        Mining Company