Ford Elsaesser, ISB#2205
Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
1400 Northwood Center Court
Coeur d'Alene, ID  83814
Tel:    (208) 667-2900
Fax:    (208) 667-2150

Attorney for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>STERLING MINING COMPANY,<br><br>Debtor-in-Possession | Case No. 09-20178-TLM |

NOTICE OF WITHDRAWAL OF MOTION FOR SALE BY
DEBTOR-IN-POSSESSION UNDER 11 USC § 363(f)(2) [Docket No. 530] AND
VACATION OF HEARING

COMES NOW Sterling Mining Company ("Sterling"), by and through undersigned

counsel, and gives this Notice of Withdrawal of its Motion for Sale By Debtor-In-Possession

under 11 USC § 363(f)(2) [Docket #530], and requests the hearing on the same set for April 6,

2010, at 9:30 a.m., be vacated.

Dated this 5th day of April, 2010.

ELSAESSER JARZABECK ANDERSON
ELLIOTT & MACDONALD, CHTD.

Bruce A. Anderson, Attorney for Sterling
Mining Company

NOTICE OF WITHDRAWAL OF MOTION
FOR SALE BY DEBTOR-IN-POSSESSION
UNDER 11 USC § 363(f)(2)
AND VACATION OF HEARING          -1-