Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
1400 Northwood Center Court
Coeur d'Alene, ID 83814
Tel:  (208) 667-2900
Fax:  (208) 667-2150

Attorney for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In Re: | Case No. 09-20178-TLM |
|---|---|
| STERLING MINING COMPANY,<br>Debtor-in-Possession | |

NOTICE OF WITHDRAWAL OF SECOND AMENDED PLAN OF REORGANIZATION

Please take notice that Sterling Mining Company ("Sterling"), by and through its undersigned counsel Bruce A. Anderson of Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd., hereby withdraws its Second Amended Plan of Reorganization, dated March 15, 2010 [Docket #535] ("Second Amended Plan").

Sterling recently held an auction for the sale of all of its assets and stock, at which it received a winning bid totaling $24 million. The structure of the sale varies slightly from what was originally anticipated in the Second Amended Plan of Reorganization [Docket #535]. Moreover, because the sale price was so high, it is possible that after claim objections are resolved all creditors may be paid in full and that equity holders may even be entitled to cash distributions. Accordingly, Sterling is withdrawing its Second Amended Plan of Reorganization

NOTICE OF WITHDRAWAL OF SECOND
AMENDED PLAN OF REORGANIZATION - 1 -

and intends to file a revised plan in the near future that takes into account the changed circumstances.

The Protective Motion for Sale by Sterling Under 11 U.S.C. §§ 363(f) and 365(f) [Docket #545] is still set for hearing on May 3, 2010, at 10:00 a.m. Pacific Time.

Dated this 23rd day of April, 2010.

                            ELSAESSER JARZABEK ANDERSON
                            ELLIOTT & MACDONALD, CHTD.

                            */s/ Bruce A. Anderson*
                            Bruce A. Anderson, Attorney for Sterling Mining Company