Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
1400 Northwood Center Court
Coeur d'Alene, ID  83814
Tel:    (208) 667-2900
Fax:    (208) 667-2150

Attorney for Debtor-in-Possession


UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>STERLING MINING COMPANY,<br>Debtor-in-Possession | Case No. 09-20178-TLM |

## MOTION TO CONTINUE CONFIRMATION HEARING

COMES NOW Sterling Mining Company ("Sterling"), by and through its undersigned counsel Bruce A. Anderson of Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd., and moves this Court vacate the hearing on confirmation of Sterling's Second Amended Plan of Reorganization [Docket #535], scheduled to begin on May 3, 2010, at 10:00 a.m., Pacific Time.

In support of this motion Sterling states as follows:

1.      Sterling recently held an auction for the sale of all of its assets and stock, at which it received a winning bid totaling $24 million.  Such winning bid is far higher than expected and may, after resolution of claims objections, result in a dividend to the equity shareholders.

2.      Due to such change in circumstances, Sterling must make modifications to its Chapter 11 Plan, which may affect the noticing requirements to the equity shareholders.


MOTION TO CONTINUE
CONFIRMATION HEARING              - 1 -

3.      Equity shareholders may also be required to present proof of interest, which proof has not been requested by Sterling.

4.      Sterling believes the amendments to the Chapter 11 Plan and compliance with required noticing procedures can be met so as to allow confirmation to take place at the July 7, 2010, calendar set in Coeur d'Alene, Idaho.

5.      Sterling has filed concurrently with this Motion a Notice of Withdrawal of Second Amended Plan of Reorganization in order to consider changes that must be made.

WHEREFORE, Sterling requests that the Court continue the confirmation hearing set for May 3, 2010, and reset the same on July 7, 2010, beginning at 9:30 a.m., Pacific Time, and continuing thereafter so long as necessary.

Respectfully submitted this 23rd day of April, 2010.

ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.

Bruce A. Anderson, Attorney for Sterling
Mining Company