UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

_____

In Re:                                                              )          Chapter 11
                                                                        )
**STERLING MINING COMPANY,**                  )          Case No. 09-20178 (TLM)
                                                                        )
            Debtor.                                             )
_____

**Claim No.: 10**
**Date Claim Filed: 3/19/2009**
**Claim Amount: $259,527.55**

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)

TO:      TRANSFEROR:       **Equipment Leasing Service**
                                            9977 N 95th
                                            Suite 110
                                            Scottsdale, AZ 85258

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 10 against Sterling Mining Company in the amount of $259,527.55 as evidenced by the attached Evidence of Transfer of Claim to:

            TRANSFEREE:             **Pioneer Credit Opportunities Fund, LP**
            (where notices and        Attn: Adam Stein-Sapir
            payments to transferee  Greeley Square Station, P.O. Box 20188
            should be sent)              39 W. 31st Street
                                                    New York, NY 10001
                                                    Tel: 646-237-6969
                                                    Fax: 216-839-5330
                                                    adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM

Equipment Leasing Service, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $259,527.55 and the relevant portion of any proofs of claim (No. 10) against Sterling Mining Company, Case No. 09-20178 in the United States Bankruptcy Court for the District of Idaho.

Assignor hereby unconditionally and explicitly waives (a) its right to raise any objection to the transfer hereto, and (b) any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules. Assignor further stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this 28 day of April, 2010.

ASSIGNOR:

_W. Scott Bauer_
(Signature)

_W. Scott Bauer_
(Print Name)

_Equipment Leasing Services, LLC_
(Company Name)

_Member_
(Title)

ASSIGNEE:

_____
(Signature)

Adam D. Stein-Sapir
(Print Name)

Pioneer Credit Opportunities Fund, L.P.
(Company Name)

President
(Title)