B 210A (Form 210A) (12/09)

MAY 17 2010

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re: **STERLING MINING COMPANY,**          Case No. **09-20178**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **LIQUIDITY SOLUTIONS, INC.** | **SUMMIT MACHINE INC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**
Last Four Digits of Acct #: _____

Court Claim # (if known): 4
Amount of Claim: **$2,254.62**
Date Claim Filed: 03/17/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

_E.H._
Eric Horn
Liquidity Solutions Inc                    Date: 5/14/2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

3144565

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re: **STERLING MINING COMPANY,**                    Case No. **09-20178**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **4** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **5/14/2010.**

| **LIQUIDITY SOLUTIONS, INC.** | **SUMMIT MACHINE INC** |
| Name of Alleged Transferee | Name of Transferor |
| | |
| Address of Alleged Transferee: | Address of Transferor: |
| **One University Plaza, Suite 312** | **SUMMIT MACHINE INC** |
| **Hackensack, NJ 07601** | **PO BOX 313** |
| | **OSBURN, ID 83849** |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                                    _____
                                                                         **CLERK OF THE COURT**

3144565

**TRANSFER NOTICE**

SUMMIT MACHINE INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Sterling Mining Company (the "Debtor"), in the aggregate amount of **$2,254.62**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Idaho, administered as Case No. 09-20178.

IN WITNESS WHEREOF, Assignor has signed below as of the 12 day of May, 2010.

SUMMIT MACHINE INC

_____
(Signature)

Richard Bohn / VP
(Print Name and Title)

_____
Liquidity Solutions, Inc.

Sterling Mining Company
SUMMIT MACHINE INC

3144565