United States Bankruptcy Court
For the District Of Idaho

| | |
|---|---|
| STERLING MINING COMPANY | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-20178 |
| Debtor | } **Amount $2,000.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**BEHRE DOLBEAR INC**
**999 18TH STREET**
**DENVER, CO 80202**

The transfer of your claim as shown above in the amount of **$2,000.00** has been transferred to:

       Liquidity Solutions Inc
       One University Plaza
       Suite 312
       Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

_____
Eric Horn
Liquidity Solutions Inc
(201) 968-0001

497632

## TRANSFER NOTICE

Behre Dolbear Inc. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Sterling Mining Company ("Debtor"), in the aggregate amount of $2,000.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Idaho, Case No. 09-20178.

IN WITNESS WHEREOF, Assignor has signed below as of the __4__ day of __MAY__, 2010.

Behre Dolbear Inc.                                            Liquidity Solutions, Inc.

By: _____                                 _____
   (Signature)                                                (Signature)

__CHRISTOPHER J. WYATT__                                      __ERIC HORN__
(Print Name and Title)                                        (Print Name)
VICE PRESIDENT BEHRE DOLBEAR COMPANY, INC.

A9 7633