United States Bankruptcy Court
For the District Of Idaho

| | |
|---|---|
| STERLING MINING COMPANY | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-20178 |
| Debtor | } Amount $5,000.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**THE SILVER INSTITUTE**
**1200 G ST NX**
**WASHINGTON, DC 20005**

The transfer of your claim as shown above in the amount of **$5,000.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      _____
      Eric Horn
      Liquidity Solutions Inc
      (201) 968-0001

      497633

## TRANSFER NOTICE

THE SILVER INSTITUTE ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Sterling Mining Company ("Debtor"), in the aggregate amount of $5,000.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Idaho, Case No. 09-20178.

IN WITNESS WHEREOF, Assignor has signed below as of the ___3___ day of __May__, 2010.

THE SILVER INSTITUTE                                        Liquidity Solutions, Inc.

By: _____                                 _____
(Signature)                                                 (Signature)

Michael DiRienzo, Executive Director                        Eric Horn
(Print Name and Title)                                      (Print Name)

497633