United States Bankruptcy Court
For the District Of Idaho

| STERLING MINING COMPANY | } Chapter 11 |
| --- | --- |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-20178 |
| Debtor | } Amount $2,035.88 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**WEIGHTECH CORP**
**25837 DOCKTON ROAD SW**
**VASHON, WA 98070**

The transfer of your claim as shown above in the amount of **$2,035.88** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

_____
Eric Horn
Liquidity Solutions Inc
(201) 968-0001

497634

## TRANSFER NOTICE

WEIGHTECH CORP ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Sterling Mining Company ("Debtor"), in the aggregate amount of $2,035.88 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Idaho, Case No. 09-20178.

IN WITNESS WHEREOF, Assignor has signed below as of the ___ day of May, 2010.

WEIGHTECH CORP                                         Liquidity Solutions, Inc.

By: _____                               _____
(Signature)                                            (Signature)

JOHN VANGOLEN                                          ERIC HORN
(Print Name and Title)                                 (Print Name)
PRESIDENT

497634