Larry E. Prince (ISB #1759)
Robert A. Faucher (ISB #4745)
Katherine L. Georger (ISB #8188)
HOLLAND & HART LLP
Suite 1400, U.S. Bank Plaza
101 South Capital Boulevard
P.O. Box 2527
Boise, Idaho  83701-2527
Telephone: (208) 342-5000
Facsimile:  (208) 343-8869
E-Mail:     lprince@hollandhart.com
            rfaucher@hollandhart.com
            klgeorger@hollandhart.com

Attorneys for Sunshine Precious Metals, Inc. and Sunshine Property Group, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| In re | Chapter 11 |
| --- | --- |
| STERLING MINING CO., | Case No. 09-20178-TLM |
| Debtor. | |

## STIPULATION REGARDING DISMISSAL OF APPEAL

This Stipulation is entered into by Sunshine Precious Metals, Inc. and Sunshine Property Group, LLC (collectively, the "Appellants"), Sterling Mining Company (the "Debtor"), and Silver Opportunity Partners LLC ("SOP" and collectively with the Appellants and the Debtor, the "Parties").

1. By order dated May 7, 2010, the Court authorized the sale of the Debtor's assets to SOP (the "Sale Order"). On May 19, 2010, the Appellants filed a Notice of Appeal regarding the Sale Order (the "Appeal") at docket no. 686. Both SOP and the Debtor filed objections to hearing by the Bankruptcy Appellate Panel for the Ninth Circuit. The Appeal has not yet been docketed by the District Court.

STIPULATION REGARDING DISMISSAL OF APPEAL - 1

2. On June 22, 2010, SOP and the Appellants entered into a settlement agreement resolving all issues relating to the Appeal.

NOW THEREFORE, the Parties, by and through their counsel, stipulate and agree that the Appeal shall be dismissed with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(1).  Each party shall bear its own costs.

DATED this 30th day of June 2010.

| **MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED** | HOLLAND & HART LLP |
|---|---|
| /s/ Randall A. Peterman<br>Randall A. Peterman, ISB No. 1944<br>MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED<br>101 S. Capitol Blvd., 10th Floor<br>Post Office Box 829<br>Boise, Idaho  83701<br>Telephone  (208) 345-2000<br>Facsimile  (208) 385-5384<br>rap@moffatt.com<br><br>C. Luckey McDowell *(Admitted Pro Hac Vice)*<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas  75201-2980<br>Telephone  (214) 953-6571<br>Facsimile  (214) 953-6503<br>luckey.mcdowell@bakerbotts.com<br>**Counsel for Silver Opportunity Partners LLC**<br><br>**ELSAESSER JARZABEK ANDERSON MARKS & ELLIOTT, CHTD.**<br><br>/s/ Bruce A. Anderson<br>Ford Elsaesser, ISB #2205<br>Bruce A. Anderson, ISB #3392<br>ELSAESSER JARZABEK ANDERSON MARKS & ELLIOTT, CHTD.<br>Attorneys at Law<br>1400 Northwood Center Court<br>Coeur d'Alene, ID 83814<br>Tel:          (208) 667-2900<br>Fax:         (208) 667-2150<br>**Counsel for Sterling Mining Co.** | /s/ Robert A. Faucher<br>Larry E. Prince (ISB #1759)<br>Robert A. Faucher (ISB # 4745)<br>Katherine L. Georger (ISB #8188)<br>HOLLAND & HART LLP<br>Suite 1400, U.S. Bank Plaza<br>101 South Capitol Boulevard<br>P.O. Box 2527<br>Boise, Idaho 83701-2527<br>Telephone:    (208) 342-5000<br>Facsimile:     (208) 343-8869<br>E-Mail:         lprince@hollandhart.com<br>                     rfaucher@hollandhart.com<br>                     klgeorger@hollandhart.com<br><br>Jere C. (Trey) Overdyke (WSB # 6-4248)<br>HOLLAND & HART LLP<br>2515 Warren Avenue, Suite 450<br>P.O. Box 1347<br>Cheyenne, WY 82003-1347<br>Telephone:    (307) 778-4200<br>Facsimile:     (307) 778-8175<br>E-Mail:         tcoverdyke@hollandhart.com<br>**Attorneys for Sunshine Precious Metals, Inc. and Sunshine Property Group, LLC** |

4855401_3.DOC

STIPULATION REGARDING DISMISSAL OF APPEAL - 2