IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re<br><br>STERLING MINING CO.,<br><br>        Debtor. | Chapter 11<br>Case No. 09-20178-TLM |

### ORDER OF DISMISSAL OF APPEAL

THIS CAUSE having come before the Court upon the Stipulation Regarding Dismissal of Appeal filed on June 30, 2010 (Docket No. 788) pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(1) (the "Stipulation"); and

The Stipulation pertaining to an appeal commenced by a Notice of Appeal, docket no. 686, filed by Sunshine Precious Metals, Inc. and Sunshine Property Group, LLC (the "Appeal") with respect to this Court's Order Authorizing and Approving Sale of Assets and Assignment of Contracts Free and Clear of All Liens, Claims, Rights, Interests and Encumbrances, docket no. 650; and

The Appeal not yet having been docketed in the United States District Court for the District of Idaho; and

All parties to the Appeal having joined in the Stipulation; and

No hearing being necessary; and

Good cause existing therefor,

IT IS HEREBY ORDERED AND THIS DOES ORDER that the Appeal is hereby dismissed with prejudice. Each party is to bear its own fees and costs.

//end of text//

ORDER OF DISMISSAL OF APPEAL - 1

DATED: July 6, 2010



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by:

Robert A. Faucher (ISB 4745)
Holland & Hart LLP
Attorneys for Plaintiff Sunshine Precious Metals, Inc.

~8034130.doc

ORDER OF DISMISSAL OF APPEAL - 2