UNITED STATES BANKRUPTCY COURT

District of Idaho (Coeur d'Alene)

In re: <u>Sterling Mining Company</u>    Case No. <u>09-20178</u>

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>DG3 NORTH AMERICA INC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known): <u>N/A</u><br>Amount of Claim: <u>USD$23,516.99</u><br>Date Claim Filed: <u>N/A</u><br><br>Phone: <u>(201) 793-5145</u><br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor:<br><br>DG3 NORTH AMERICA INC<br>100 Burma Road<br>Jersey City, NJ 07305 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                                         Date: <u>April 18, 2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:   United States Bankruptcy Court ("Bankruptcy Court")
    District of Idaho (Coeur d'Alene)
    6450 N. Mineral Drive
    Couer d'Alene, ID 83815
    Attention: Clerk

AND TO:   STERLING MINING COMPANY ("Debtor")
    Case No. 09-20178

Claim # N/A

**DG3 NORTH AMERICA INC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$23,516.99** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __15__ DAY OF __April__, 2011.

ASSIGNOR: DG3 NORTH AMERICA INC          ASSIGNEE: TRC MASTER FUND LLC

_____          _____
(Signature)                              (Signature)

__HARISH PRAJAPATI__                     __Terrel Ross__
(Print Name)                             (Print Name)

__SR Dir of Finance__                    __Managing Member__
(Title)                                  (Title)

B6F (Official Form 6F) (12/07) - Cont.

In re **Sterling Mining Company**, Case No. **09-20178**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Desautel Hege<br>15 W. Riverside Ave Ste 2<br>Spokane, WA 99201 | | - | April 2008<br>Public relations services | | | | 14,234.90 |
| Account No.<br>G3 North America Inc<br>4640 Collections Center Dr<br>Chicago, IL 60693 | | - | August 2008<br>Printing services | | | | 23,516.99 |
| Account No.<br>Dwyer Instruments<br>PO Box 338<br>Michigan City, IN 46361 | | - | August 2008<br>Instrument control | | | | 211.39 |
| Account No.<br>XP Enterprises Inc<br>PO Box 201791<br>Dallas, TX 75320-1791 | | - | June 2008<br>Electrical equipment & service | | | | 802.00 |
| Account No.<br>Eastside Electric<br>3712 Flora Rd<br>Spokane, WA 99216 | | - | June 2008<br>Electrical contractor services | | | | 43,521.88 |

Sheet no. __10__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **82,287.16**