UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

MAY 23 2011

Rcv'd ___ Filed ___ Time ___
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

In re:

Sterling Mining Company,                                   Bky. Case No. 09-20178-TLM

        Debtor.                                              Chapter 11 Case

---

## NOTICE OF ASSIGNMENT OF CLAIMS

---

      PLEASE TAKE NOTICE that proof of assignment of the following claims in the above estate, which is attached as <u>Exhibit A</u>, was filed in this Court:

| | |
|---|---|
| TRANSFEROR: | Sepor<br>P.O. Box 578<br>Wilmington, CA 90748 |
| TRANSFEREE: | Claims Solutions Group, LLC<br>c/o Michael A. Murphy, Esq.<br>P.O. Box 8<br>Caledonia, MN 55921 |
| Amount: | Claim No. 7 in the amount of $242.50 |

      Objections to the assignment must be filed within twenty (20) days from the date of mailing of this Notice of Assignment of Claims. Fed. R. Bankr. P. 3001(e)(2) and (4). Any objection to the evidence of transfer/assignment, together with a notice of hearing, must be filed with the Court at the above address and be mailed or otherwise delivered to the transferor or transferee, whichever is appropriate, at least thirty (30) days prior to the hearing. Fed. R. Bankr. P. 3001(e)(5).

                                            Respectfully submitted,

Dated: May 20, 2011

                                            Michael A. Murphy (#0347449)
                                            P.O. Box 8
                                            Caledonia, MN  55921
                                            Phone:  507.725.3361
                                            Fax:  507.725.5627

                                            ATTORNEY FOR CLAIMS SOLUTIONS GROUP, LLC

EVIDENCE OF TRANSER OF CLAIM

SEPOR ("Assignor"), transfers and assigns unto CLAIMS SOLUTIONS GROUP, LLC with an address at P.O. Box 8, Caledonia, MN 55921, its successors and assigns ("Assignee") pursuant to the terms of the ASSIGNMENT OF CLAIM Re: Sterling Mining Company (the "Debtor"), between Assignor and Assignee, all of its right, title, and interest in and to the Claims of Assignor in the aggregate amount of $242.50 representing all claims against Debtor in the United States Bankruptcy Court, District of Idaho, administered as Case No. 09-20178.

IN WITNESS WHEREOF, Assignor has signed below as of the 18th day of May, 2011.

By: _____
    Signature

Thomas H. Alessi, President
Printed name and title
SEPOR

WITNESS:

By: _____
    Signature